UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.                                                            Crim. No. 07-101 (JNE/FLN)
                                                            ORDER

Montrell Devornshorn Johnson,

       Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Franklin L. Noel, United States Magistrate Judge, on May 30, 2007. Defendant objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Defendant's Motion to Suppress Statements, Admissions and Answers [Docket No. 13] is DENIED.

Dated: June 26, 2007

                                                            s/ Joan N. Ericksen
                                                            JOAN N. ERICKSEN
                                                            United States District Judge